```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :
         -against-                                     :      16-CR-851 (VSB)
                                                       :
ANDRE SPAULDING,                                       :           ORDER
                                                       :
                        Defendant.                     :
                                                       :
-------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of Defendant Andre Spaulding's motion for compassionate release, dated May 1, 2020, and received on May 14, 2020.  (Doc. 275.)  Accordingly, it is:

      ORDERED that within 14-days counsel of record for Defendant is directed to file a letter indicating whether counsel plans to represent Defendant on his compassionate release motion, and, if so, requesting to be reappointed under the Criminal Justice Act.

      IT IS FURTHER ORDERED that counsel of record for Defendant is directed to confer with the United States Attorney representing the Government as to a briefing schedule on the motion for compassionate release.

SO ORDERED.

Dated: May 21, 2020
      New York, New York

                                                               Vernon S. Broderick
                                                               United States District Judge