UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
          :
UNITED STATES OF AMERICA,     :
          :
          :
       -v-         :     16-cr-851 (VSB)
          :
          :     **ORDER**
ANDRE SPAULDING,          :
          :
                  Defendant. :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Andre Spaulding's ("Spaulding" or "Defendant") letter motion requesting home confinement, (Doc. 308), and the Government's opposition, (Doc. 312). If Spaulding intends to file a reply, he is directed to do so by no later than July 6, 2021. In this reply, Spaulding should clarify whether he is seeking home confinement or compassionate release. Accordingly, it is hereby:

      ORDERED that if Spaulding intends to file a reply, he do so by July 6, 2021. The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Spaulding.

SO ORDERED.

Dated: June 23, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge